UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| **RHONDA MAXWELL**, <br><br> Plaintiff, <br><br> v. <br><br> **WALDEN UNIVERSITY** and **BRIGHTSIDE CHILD AND FAMILY ADVOCACY**, <br><br> Defendants. | Case No. 4:25-cv-00323-RSB-CLR |

ORDER GRANTING
MOTION OF B. GAMMON FAIN TO APPEAR *PRO HAC VICE*

This matter is before the Court upon the Motion of B. Gammon Fain to Appear *Pro Hac Vice* as out-of-state counsel for Defendant Walden University pursuant to Local Rule 83.4. The Court having reviewed the Motion and accompanying materials, with the Court being otherwise sufficiently advised,

**IT IS ORDERED** that:

(1) The Motion of B. Gammon Fain to Appear *Pro Hac Vice* is **GRANTED**; and

(2) Mr. Fain is **DIRECTED** to register for e-filing privileges on the Court's CM/ECF system further to instructions provided by the Clerk's office.

So ordered on this 29th day of January, 2026.

*/s/ Christopher L. Ray*
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA