**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

RHONDA MAXWELL,

      Plaintiff,

      v.

WALDEN UNIVERSITY; and BRIGHTSIDE
CHILD AND FAMILY ADVOCACY INC.,

      Defendants.

CIVIL ACTION NO.: 4:25-cv-323

**O R D E R**

In this action, Defendant Brightside Child and Family Advocacy Inc. ("Brightside") has filed a crossclaim against Defendant Walden University. (Doc. 14.)  Presently before the Court is a "Joint Stipulation of Dismissal of Brightside's Crossclaim against Walden," in which Brightside and Walden University jointly stipulate to the dismissal of Brightside's crossclaim against Walden University without prejudice. (Doc. 77.)  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and (c), Brightside's crossclaim against Walden University has been **DISMISSED WITHOUT PREJUDICE**. (See id.)  All other claims in this case remain pending.

**SO ORDERED**, this 24th day of June, 2026.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA