**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | |
|---|---|
| **RHONDA MAXWELL**<br><br>Plaintiff,<br><br>v.<br><br>**WALDEN UNIVERSITY** and **BRIGHTSIDE CHILD AND FAMILY ADVOCACY**<br><br>Defendants. | Case No. 4:25-cv-00323-RSB-CLR |

**ORDER GRANTING MOTION OF SHANNON GABRIELLE REID TO APPEAR *PRO HAC VICE***

This matter is before the Court upon the Motion of Shannon Gabrielle Reid to appear *Pro Hac Vice* as out-of-district counsel for Defendant, Walden University, pursuant to Local Rule 83.4. The Court having reviewed the Motion and accompanying materials, with the Court being otherwise sufficiently advised,

IT IS ORDERED that:

(1) The Motion of Shannon Gabrielle Reid to Appear *Pro Hac Vice* is GRANTED;

(2) Ms. Reid is DIRECTED to register for e-filing privileges on the Court's CM/ECF system further to instructions provided by the Clerk's office.

SO ORDERED, this 26th day of September, 2026.

CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA